[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 97-1471

 UNITED STATES,

 Appellee,

 v.

 WILLIAM H. NORTHUP,

 Defendant, Appellant.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF RHODE ISLAND

 [Hon. Ernest C. Torres, U.S. District Judge] 

 

 Before

 Torruella, Chief Judge, 
 Stahl and Lynch, Circuit Judges. 

 

Randy Olen and John M. Cicilline on brief for appellant. 
Sheldon Whitehouse, United States Attorney, and Stephanie S. 
Browne, Assistant United States Attorney, on brief for appellee. 

 

 November 5, 1997
 

 Per Curiam. Upon careful review of the briefs and 

record, we reject defendant's contention that the evidence of

possession and intent to distribute was insufficient to

support his conviction under 21 U.S.C. 841(a)(1). To the

contrary, the testimony of the police officers and the

special narcotics officer, along with the inferences

reasonably to be drawn therefrom, amply supported the jury's

verdict.

 Affirmed. See 1st Cir. Loc. R. 27.1. 

 -2-